# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMARR FOWLER
  Plaintiff

v.

The City of New York
John Doe. 1, police officer
John Doe. 2, police officer
John Doe. 3, police officer
John Doe. 4, police officer
John Doe. 5, police officer
In there individual and officials capacities

**19 CV 4703**

RECEIVED
2019 MAY 21  PM 3:54
S.D. OF N.Y.
SDNY PRO SE OFFICE

A. Jurisdiction

1) This action arises under & is brought pursuant to 42 U.S.C. section 1983 to remedy the deprivation under color of state law, of rights guaranteed by the first, fourth, eighth & fourteenth amendments to the United States constitution. This court has jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1343.

B. Plaintiff

2) JAMARR FOWLER
3323 Baychester Ave., Bronx, N.Y. 10469

C. Defendants

3) The City of New York
City of New York
Defendant is sued in there official capacity

[1]

4) John Doe.1
I believe he was from the 52nd precinct in the Bronx
Defendant is sued in there individual capacity

5) John Doe.2
I believe was from the 52nd precinct in the Bronx
Defendant is sued in there individual capacity

6) John Doe.3
I believe was from the 52nd precinct in the Bronx
Defendant is sued in there individual capacity

7) John Doe.4
I believe was from the 52 precinct in the Bronx
Defendant is sued in there individual capacity

8) John Doe.5
I believe was from the 52nd precinct in the Bronx
Defendant is sued in there individual capacity

D. Previous Lawsuits

9) The plaintiff has not filed any other state or federal lawsuits involving these events.

E. Reason for Complaint

10) On or about the 11th of February of 2015 5 police officers from the New York City police department wearing warrant squad jackets broke into my house by breaking down my door

[2]

with a battering ram without a warrant & they illegally searched my home, assaulted me, held me at gun point & called me all type's of derogatory & racist names, destroyed my bedroom & stole three thousand dollars ($3,000) cash from my dresser and then wrongfully placed me under arrest & charged the plaintiff with the crime's of 2nd degree assault (P.L. 120.05(1)) 3rd degree assault (120.00(1)), Menacing (120.15) & harassment (P.L. 240.26(1)).

11) The plaintiff was arraigned on the charge's & had a ten thousand dollar ($10,000) bond set against him. The plaintiff was then taken to the county jail & held there until I was able to post the bond which was done within the next few days after.

12) On 5/5/16 the charge's that were filed against the plaintiff were dismissed & sealed by judge Rosado M, because it came to light that the plaintiff never assaulted or did anything else & that the police officer's arrested the wrong person.

## Cause of Action

13) Upon belief and information, the acts complained herein were committed by certain police officer's while they were acting in the course of and general scope of there employment, subject to the direction and control of their employer and while acting or attempting to act in the interests of their employer, the city of New York, through the New York City police department, thus rendering

|3|

the defendant, the City of New York liable for the plaintiff under the principle of respondeat superior, by which said defendant, as master & employer, was responsible for the acts of its servants & employee's.

14) Defendant, the City of New York, there agents, servants, and employee's carelessly & recklessly failed to properly train & supervise there employee's in particular the named defendant's in that they failed to train there employee's how to do there job correctly, failed to give them proper instruction as to there deportment, behavior and conduct as representatives of their employer; & is that the defendants, there agents, servants & employee's were otherwise reckless, careless & negligent, Allowing the defendant's to make up & enforce there own regulations & policies, and having a systematic failure to enforce the defendant's to follow the already written policy. Therefore the acts that were willfully & intentionally done without just cause, violated the plaintiff rights under the first, fourth, eighth & fourteenth amendment of the United States constitution, and is liable in the amount of ten million dollars ($10,000,000).

15) Defendant's, John Doe 1,2,3,4, & 5 willfully & intentionally violated the plaintiff's rights under the first, fourth, eighth & fourteenth amendment by breaking into the plaintiff's home without a warrant or probable cause, by searching the plaintiff & his home without a warrant to do so or probable cause, by wrongfully arresting the plaintiff inside of his home & having him incarcerated without a warrant or probable

[4]

cause, by physically & verbally assaulting the plaintiff inside of his home & by destroying the plaintiff's home during there illegal search & stealing three thousand dollar's ($3,000) cash from the plaintiff's home during that same illegal search, and is liable in the amount of ten million dollar's ($10,000,000)

## F. Request for Relief

16) Based upon the 2 cause's of actions enumerated above, plaintiff seeks the following relief:

A) Compensatory damages in the amount of ten million dollars ($10,000,000) from each of the defendants for the emotional distress, mental anguish and psychological torture that they caused and put the plaintiff through.

B) Punitive damages in the amount of ten million dollars ($10,000,000) from each of the defendant's for there willfull, malicious, punitive, discriminatory, arbitrary & capricious conduct against the plaintiff

C) Plaintiff's costs, attorney fee's and disbursements as a direct result of this action pursuant to 42 U.S.C.§ 1988;

D) And other & further relief as this court shall deem just, proper & equitable.

E) The plaintiff wishes to have a jury trial.

[5]

F) Declaration under penalty of perjury

By signing this complaint, I certify under penalty that the information contained in this complaint is TRUE and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) year's in prison and/or a fine of $250,000. See 18 U.S.C. sections 1621, 3571.

Signature: Jamarr Fowler

Signed at 3323 Baychester ave., Bronx, N.Y. 10469 on April 26, 2019

[6]



JAMARR FOWLER
3323 Bruckner Ave.
Bronx, NY. 10469

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 21  PM 3:54
S.D. OF N.Y.

KNICKS

United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street, Room 200
New York, NY. 10007