```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JAMARR FOWLER,                                                :
                                   Plaintiff,                 :     19 Civ. 4703 (LGS)
                                                              :
             -against-                                        :     ORDER
                                                              :
CITY OF NEW YORK, et al.,                                     :
                                                              :
                                   Defendants.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court granted the motion to dismiss on March 10, 2020 (Dkt. No. 27). It is hereby

**ORDERED** that the Clerk of Court is respectfully directed (1) to issue judgment for Defendants and (2) to close this case. Because the Clerk of Court is not mailing Orders during the public health emergency, Defendants are respectfully directed to mail a copy of this Order to Plaintiff.

Dated: March 26, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**