UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMMAR FOWLER,

                Plaintiff,

-against-                       19 **CIVIL** 4703 (LGS)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      Whereas, the Court granted the motion to dismiss on March 10, 2020, It is hereby

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2020, judgment is entered for Defendants'; accordingly, this case is closed.

**Dated:** New York, New York
          March 29, 2020

                                                    RUBY J. KRAJICK
                                            _____
                                            Clerk of Court
                          BY:
                                            _____
                                            Deputy Clerk